| | |
|---|---|
| <u>DEFENDANT:</u> | George Grinnell |
| <u>AGE/YOB</u>: | 2003 |
| <u>COMPLAINT FILED?</u> | ____x___ Yes    _____ No<br><br>District of Colorado case no. 23-mj-00194-KAS |

<u>HAS DEFENDANT BEEN ARRESTED ON COMPLAINT</u>?   __x__ Yes    ____ No

| | |
|---|---|
| <u>OFFENSE(S)</u>: | Count 1: Assault within the Special Maritime or Territorial Jurisdiction of the United States, 18 U.S.C. § 113(a)(4) |
| <u>LOCATION OF OFFENSE:</u> | Larimer County, Colorado |
| <u>PENALTY:</u> | Count 1: NMT one year' imprisonment; NMT $100,000 fine, or both; NMT one year' supervised release; $25 Special Assessment. |
| <u>AGENT:</u> | Mike Nattrass, National Park Service |
| <u>AUTHORIZED BY:</u> | Albert Buchman, Assistant U.S. Attorney |

<u>ESTIMATED TIME OF TRIAL</u>:

___x___ five days or less; ___ over five days

<u>THE GOVERNMENT:</u>

_____ will seek detention in this case based on 18 U.S.C. § 3142(f)

___x____ will not seek detention

The statutory presumption of detention is not applicable to this defendant.